| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>In Re:<br>DANIEL MAYA<br>YAJAIRA MAYA | Case No.: _____17-33278_____<br>Chapter: _____13_____<br>Judge: _____JKS_____ |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Daniel Maya_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations, or

   ☑ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _1/23/25_____                              _Daniel Maya_ (signature)
                                                           Debtor's Signature

**IMPORTANT**:

- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a **completed** Certification in Support of Discharge.

*rev.6/16/17*

| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| In Re: |
| DANIEL MAYA |
| YAJAIRA MAYA |

Case No.: 17-33278

Chapter: 13

Judge: JKS

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____Yajaira Maya_____, debtor in this case certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☐ I am not required to pay domestic support obligations, or

    ☑ I am required to pay domestic support obligations, and have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: 1/23/25

Debtor's Signature

**IMPORTANT**:

- Each debtor in a joint case must file separate Certifications in Support of Discharge.
- A discharge will not be issued for a debtor who does not submit a **completed** Certification in Support of Discharge.

*rev.6/16/17*